No. 96–7134. McGILL v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 96–7163. CARTER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–7180. JONES v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–7190. MILLER v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 96–7198. TAYLOR v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 96–7202. WELLS v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7203. YORK v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 96–7204. WHITE v. ADAMS COUNTY DETENTION FACILITY ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–7205. BURNETT v. BULSON; and BURNETT v. RIGGLE ET AL. Ct. App. Mich. Certiorari denied.

No. 96–7206. CLEMONS v. RANEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–7207. BOULINEAU v. WEST, SECRETARY OF THE ARMY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–7208. BATICADOS v. WHITE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7210. CARILLO v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 96–7216. DURHAM v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 96–7219. MARK v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.